IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS MIGUEL SANCHEZ-VILLEGAS,<br><br>Defendant. | MJ 25-131-GF-JTJ<br><br><br>ORDER |

Upon motion of the United States and for good cause appearing to release David Mercedes Espinoza-Balcaceres and Wilder Josue Garcia-Reimundo as material witnesses in the above captioned case, IT IS HEREBY ORDERED that the individuals referenced above shall be released from their material witness warrants in this criminal case.

DATED this 18th day of December 2025

_John Johnston_
United States Magistrate Judge